relator's amended verified motion for stay. Motion denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0048. Pryor v. Koukoutas.**

In Habeas Corpus. On respondents' motions to dismiss. Motions granted. Cause dismissed. On petitioner's motion to stay and motion to strike. Motions denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0053. State ex rel. Jackson v. Ferguson.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0070. State ex rel. Taylor v. Adult Parole Auth.**

In Mandamus. On respondent Erie County Common Pleas Court's motion to dismiss and respondent Adult Parole Authority's amended Civ.R. 12(B)(6) motion to dismiss. Motions granted. Cause dismissed. On respondent Adult Parole Authority's motion to quash subpoena duces tecum and motion to stay discovery. Motions denied. On relator's motions for default judgment, motion for counsel re-request, and motion to amend mandamus. Motions denied.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0075. Evans v. Stammitti.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0112. State v. Cooper.**

In Habeas Corpus. Sua sponte, cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0121. State ex rel. Hobbs v. Gilb.**

In Mandamus and Prohibition. On motion to dismiss. Motion granted. Cause dismissed.

O'CONNOR, C.J., and O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

**2017–0197. State ex rel. Hayes v. Jones.**

In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.

O'DONNELL, KENNEDY, FRENCH, O'NEILL, FISCHER, and DEWINE, JJ., concur.

O'CONNOR, C.J., not participating.

**2005–2284. State v. Bonnell.**

Cuyahoga App. No. 223820. On application for reopening under S.Ct.Prac.R. 11.06. Application denied.

**2008–1974. State v. Stepp.**

Butler App. No. CA200705117, 2008-Ohio-4305. On motion for order or relief. Motion denied.

**2015–0435. State v. Stepp.**

Butler App. No. CA2013–12–226. On motion for order or relief. Motion denied.

**2015–1128. State v. Victor.**

Geauga App. Nos. 2014–G–3220 and 2014–G–3241, 2015-Ohio-5520. On petition to advise. Petition denied.

**2015–1717. State ex rel. Tolle v. Spherion of Mid–Ohio, Inc.**

Franklin App. No. 14AP–717, 2015-Ohio-3593. On request for oral argument. Request denied.

**2016–1110. Goldshtein v. Mohr.**

In Habeas Corpus. On motion to strike. Motion denied.

**2016–1115. State ex rel. Cincinnati Enquirer v. Pike Cty. Coroner' s Office.**

In Mandamus. On motion to submit documents for in camera inspection. Motion granted in part and denied in part. Respondent shall file the unredacted autopsy reports under seal within 14 days. No additional materials shall be submitted.

O'CONNOR, C.J., and O'DONNELL, J., would grant the motion in full and permit respondent to file both the unredacted reports as well as additional material explaining the reasons for the proposed redaction.

FRENCH and DEWINE, JJ., not participating.

**2016–1153.  State ex rel. GateHouse Media Ohio Holdings II, Inc. v. Pike Cty. Coroner's Office.**
In Mandamus. On motion to submit documents for in camera inspection. Motion granted in part and denied in part. Respondent shall file the unredacted autopsy reports under seal within 14 days. No additional materials shall be submitted.

O'CONNOR, C.J., and O'DONNELL, J., would grant the motion in full and permit respondent to file both the unredacted reports as well as additional material explaining the reasons for the proposed redaction.

FRENCH and DEWINE, JJ., not participating.

**2016–1713.  Beavercreek Towne Station, L.L.C. v. Greene Cty. Bd. of Revision.**
Board of Tax Appeals, Nos. 2015–1488, 2015–1496, and 2015–1544. On appellee's motion to dismiss and motion to strike portions of memorandum in response to motion to dismiss. Motions denied.

O'DONNELL, J., dissents and would grant the motion to dismiss and would dismiss the cause.

**2017–0120.  State v. James.**
Seneca App. No. 13–16–17, 2016-Ohio-7825. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–0131.  State v. Pippen.**
Scioto App. No. 16CA3727, 2016-Ohio-7105. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–0132.  State v. McGee.**
Hamilton App. No. C–150496, 2016-Ohio-7510. On motion for leave to file delayed appeal. Motion fails for want of four votes.

KENNEDY and O'NEILL, JJ., dissent.

FISCHER and DEWINE, JJ., not participating.

**2017–0139.  State v. Fant.**
Mahoning App. No. 14 MA 0067, 2016-Ohio-7429. On motion for leave to file delayed appeal. Motion denied.

FRENCH, O'NEILL, and FISCHER, JJ., dissent.

**2017–0152.  State v. Mann.**
Ottawa App. No. OT-16–027. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–0157.  State v. Newman.**
Muskingum App. No. CT2016–0002, 2016-Ohio-7498. On review of an order certifying a conflict. It is determined that no conflict exists within the meaning of S.Ct.Prac.R. 8.02. Cause dismissed.

O'NEILL, J., dissents.

**2017–0162.  State v. Rusnak.**
Jefferson App. No. 15 JE 0002, 2016-Ohio-7820. On motion for leave to file delayed appeal. Motion denied.

O'NEILL, J., dissents.

**2017–0196.  State v. Elam.**
Cuyahoga App. No. 103122, 2016-Ohio-5619. On motion for leave to file delayed appeal. Motion denied.

**2017–0198.  State v. Murphy.**
Cuyahoga App. No. 102284. On motion for leave to file delayed appeal. Motion denied.

**2017–0216.  State v. Burnett.**
Stark App. No. 2016CA00007, 2016-Ohio-7502. On motion for leave to file delayed appeal. Motion denied.